946 A.2d 1021

IN THE MATTER OF DONALD STUART
BURAK, AN ATTORNEY AT LAW.

April 24, 2008.

## ORDER

**DONALD STUART BURAK** of **PHILADELPHIA, PENN-SYLVANIA,** who was admitted to the bar of this State in 1984, having entered a plea of guilty in the United States District Court for the District of New Jersey to one count of possession of child pornography, in violation of 18 *U.S.C.A.* 2252(A)(a)(5)(B) and (b)(2);

It is ORDERED pursuant to *Rule* 1:20–13(b)(1) that **DONALD STUART BURAK** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **DONALD STUART BURAK** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State.